■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT ROSA, Appellant. [759 NYS2d 661] —Judgment, Supreme Court, Bronx County (Dominic Massaro, J.), rendered March 3, 2000, convicting defendant, after a jury trial, of murder in the second degree, and sentencing him to a term of 25 years to life, unanimously affirmed.

The jury's verdict rejecting the affirmative defense of extreme

emotional disturbance was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Casassa*, 49 NY2d 668 [1980], *cert denied* 449 US 842 [1980]). There is no basis for disturbing the jury's determinations concerning the evaluation of conflicting expert testimony. We note that the manner in which defendant committed the crime was inconsistent with a loss of self-control.

We perceive no basis for reducing the sentence. Concur—Andrias, J.P., Saxe, Ellerin, Lerner and Friedman, JJ.